BOROUGH OF SAYREVILLE, PETITIONER, v. DIVISION OF TAX APPEALS, *ET AL.*, RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 40 *N. J. Super.* 439.

*Messrs. Toolan, Haney & Romond* for the petitioner.

*Mr. Grover C. Richman, Jr., Mr. John F. Crane* and *Mr. Frederick F. Richardson* for the respondents.

September 10, 1956.

TOWNSHIP OF WOODBRIDGE, PETITIONER, v. DIVISION OF TAX APPEALS, *ET AL.*, RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 40 *N. J. Super.* 439.

*Mr. Isadore Rosenblum* for the petitioner.

*Mr. Grover C. Richman, Jr., Mr. John F. Crane* and *Mr. Frederick F. Richardson* for the respondents.